**DISMISS and Opinion Filed April 26, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00251-CV

## IN THE INTEREST OF K.V., A CHILD

### On Appeal from the 330th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-16-26930

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant filed a notice of appeal stating that he was appealing the judgment dated March 1, 2017. The Court then received a letter from the district clerk's office informing us that "there's only an Associate Judge's Report filed pending a hearing, May 22, 2017." On March 17, 2017, the Court sent the parties a letter questioning our jurisdiction over this appeal as there does not appear to be a final judgment. We instructed appellant to file, by March 27, 2017, a letter brief addressing the jurisdictional issue with an opportunity for appellee to file a response. We cautioned appellant that failure to file a letter brief within the time specified may result in dismissal of the appeal without further notice. As of today's date, appellant has not filed a response.

Generally, this Court has jurisdiction only over appeals from final judgments and certain interlocutory orders as permitted by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all pending parties and claims. *Id.*

The record before this Court demonstrates that the trial court has not rendered a final judgment or other appealable order. Without a judgment or other appealable order, there is nothing for this Court to review. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

170251F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF K.V., A CHILD

No. 05-17-00251-CV

On Appeal from the 330th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-16-26930.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CANDISE BOYD recover her costs of this appeal from appellant ERIC VENSON.

Judgment entered April 26, 2017.